**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 129 MM 2020

Respondent               :

v.                         :

PHIL WILLIAM FINN, JR.,           :

Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of September, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Application for Appointment of Counsel are DENIED.